## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                      **CASE NO:     3:15CR36/MCR**

**RICHARD MICHAEL COLBERT**

### SECOND MOTION FOR PROTECTIVE ORDER CONCERNING DISCLOSURE OF RULE 16 DISCOVERY INFORMATION

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court for an Amended Protective Order concerning the disclosure of information required to be provided by the government pursuant to Federal Rules of Criminal Procedure, Rule 16, *Brady* and *Giglio*, and as grounds therefore states:

1. On or about July 10, 2015, the government filed a Motion for Protective Order Concerning Disclosure of Rule 16 Discovery Information.  (Doc. 16).  Prior to submission of said motion, defense counsel was consulted and indicated they had no objection. (Doc. 16).

2. On or about July 13, 2015, the Court entered a Protective Order Concerning Disclosure of Rule 16 Discovery.  (Doc. 18).

3. Nonetheless, subsequent to the government's submission of the motion, defense counsel contacted the undersigned and asked that the Court's Order be modified to allow defense counsel to make the materials remotely viewable by the defendant via a secure method, i.e. a cloud type system. Defense counsel made this request due to the geographical distance between defense counsel's office (Leon County) and the defendant's residence (Escambia County) and in light of the volume of discovery materials.

4. Based upon the aforementioned, the government asks this Court to enter an Amended Protective Order authorizing defense counsel to make the materials available in a secure fashion to the defendant via remote access. However, the government asks that the Court include a provision in the Amended Order that prohibits the defendant from printing, disseminating and/or allowing anyone to view the discovery materials.

WHEREFORE, the government seeks an Amended Protective Order from the Court.

Respectfully submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*//s// Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
21 East Garden Street, Suite 400
Pensacola, Florida 32502
850-444-4000

## RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that Jimmy Judkins and Larry Simpson, counsel for the defendant requested this amendment to the protective order and further that defense counsel has viewed the proposed order prior to its submission to the Court. Therefore, they do not NOT object.

*//s// Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been emailed to Jimmy Judkins and Larry Simpson via the Court's CM/ECF system on this 20th day of July, 2015.

*//s// Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney