**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RICHARD M. COLBERT | CASE NO. 3:15cr36/MCR |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on March 8, 2017

Motion/Pleadings: DEFENDANT'S UNOPPOSED/STIPULATED MOTION TO CONTINUE SENTENCING HEARING SCHEDULED FOR APRIL 13, 2017 [two months]

Filed by Defendant on March 8, 2017 Doc. # 106

Response ______ on ______ Doc. # ______

_____ Stipulated _____ Joint Pleading
X Unopposed _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ Kathy Rock
Deputy Clerk: Kathy Rock

---

On consideration, the motion is GRANTED. The sentencing hearing is hereby continued and rescheduled to proceed June 19, 2017, at 1:00 p.m.

**DONE and ORDERED** this 8th day of March, 2017.

M. Casey Rodgers
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**